FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  ___  DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEITH A. RALPH,<br><br>          Petitioner,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Respondent. | Case No. CV 11-09111 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 5_, 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  ___  DEPUTY